2362.　Bankston v. Kennesaw Guano Company.

Powell, J.　A promissory note concluding in the following language, "Witness my hand and seal the date and year above written," signed in the name of the maker, by his mark, followed by a printed "(L. S.)," is an instrument under seal. *Anderson* v. *Peteet*, 6 *Ga. App.* 69 (64 S. E. 284).　　　　　　　　　　　　　　　　　　*Judgment affirmed.*

Certiorari; from Pike superior court—Judge Reagan.　December 20, 1909.

Submitted February 25,—Decided April 6, 1910.

*James M. Smith,* for plaintiff in error.

*G. D. Dominick, E. F. Dupree,* contra.